UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MORGAN,<br><br>Plaintiff,<br><br>-against-<br><br>GOWRAMMA SHIVASHANKAR, OFFICE OF MENTAL HEALTH, GARNET HOSPITAL, NYS TROOPERS,<br><br>Defendants. | 25-cv-4573 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 29, 2026, order, this action is dismissed as duplicative of 26-CV-4196.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 2, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge